**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1479**

_____

In re:  WILLIAM LARNELL ECKLES, JR.,


                    Petitioner.


_____

On Petition for Writ of Mandamus.
(5:00-cr-00046-RLV-4)

_____

Submitted:  July 24, 2014          Decided:  July 28, 2014

_____

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

William Larnell Eckles, Jr., Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Larnell Eckles, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 18 U.S.C. § 3582(c)(2) (2012) motion. He seeks an order from this court directing the district court to act. We find that the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED